**UNITED STATES DISTRICT COURT**
**Southern District of New York**

| | |
|---|---|
| Peyton Holdings, LLCPlaintiff,v.Clover Aviation Company,Hayman Woodward, and Leonardo Freitas,Defendants. | Case No. 1:18-cv-3165 |

### ~~Proposed~~ Judgment on Plaintiff's Damages for Summary Judgment

WHEREAS, Plaintiff Peyton Holdings, LLC ("Peyton") having moved pursuant to Federal Rule of Civil Procedure 56 for Summary Judgment against Clover Aviation Company, Hayman Woodward and Leonardo Freitas (together "Defendants") which Motion for Summary Judgment was granted in part in an Opinion and Order dated July 24, 2020 (ECF 44),

IT IS HEREBY ORDERED this __12__ day of __November__, 2020, that Judgment is entered against the Defendants for:

1) monthly rent installments, engine reserve payments, minimum monthly engine reserves, APU payments, and late charges ("Rent-Related Charges") through July 30, 2020 in the amount of $2,266,978.64; and

2) maintenance expenses and repairs on the Aircraft ("Maintenance Expenses") through July 30, 2020 in the amount of $657,837.51.

Dated: New York, New York
       November 12, 2020

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge

2